UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR09-119-MJP |
|---|---|
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| JOHNTHAN LEE SPRAGUE WOODS, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 26, 2012. The United States was represented by Assistant United States Attorney Michael Dion, and the defendant by Nancy Tenney for Amy Muth.

The defendant had been charged with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On or about January 22, 2010, defendant was sentenced by the Honorable Marsha J. Pechman to a term of 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental programs, financial disclosure, 100 hours of community service, possess no firearms, search, and submit to DNA testing.

In a Petition for Warrant or Summons dated October 31, 2012, U.S. Probation Officer Analiese D. Johnson asserted the following violation by defendant of the conditions of his supervised release:

    (1) Positive urinalysis test for cocaine on September 26, 2012, in violation of standard condition 7.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Marsha J. Pechman on December 19, 2012 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 26th day of November, 2012.

                                    s/ DEAN BRETT
                                    United States Magistrate Judge

cc:   District Judge:        Honorable Marsha J. Pechman
      AUSA:                Michael Dion
      Defendant's attorney:  Nancy Tenney
      Probation officer:    Analiese D. Johnson